# Court of Appeals
# of the State of Georgia

ATLANTA,___June 13, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1802.  REGINALD CARTER v. THE STATE.**

Reginald Carter pled guilty to armed robbery and aggravated assault.  On March 9, 2011, Carter was sentenced to fifteen years, ten to serve and five on probation.  Carter filed his notice of appeal on March 30, 2012.[1]  However, we lack jurisdiction.

OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the order on appeal.  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court.  *Rocha v. State*, 287 Ga. App. 446, 447 (1) (a) (651 SE2d 781) (2007).  Carter filed his notice of appeal 387 days after entry of the order he seeks to appeal.[2]   His appeal is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.

---

[1] Carter filed his notice of appeal in the Supreme Court, which transferred it to this Court.

[2] Carter filed a motion to withdraw his guilty plea, which was denied on December 7, 2012.  The record contains no notice of appeal from that order or any other indication that Carter wished to appeal the denial of his motion.



*Court of Appeals of the State of Georgia*

  *Clerk's Office, Atlanta,* 06/13/2013

  *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*